**No. 09-7485. Tarin Nigel Waters, Petitioner v. United States.**

559 U.S. 1038, 130 S. Ct. 2060, 176 L. Ed. 2d 416, 2010 U.S. LEXIS 2907.

March 29, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 340 Fed. Appx. 554.